**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____


Julian Ferguson, Individually and On Behalf of All Others Similarly Situated,

      Plaintiff,

    v.

OPPENHEIMERFUNDS, INC.
OPPENHEIMER INTEGRITY FUNDS
OPPENHEIMER CORE BOND FUND
WILLIAM L. ARMSTRONG
JOHN V. MURPHY
BRIAN W. WIXTED
ROBERT G. AVIS
GEORGE C. BOWEN
EDWARD L. CAMERON
JON S. FOSSEL
SAM FREEDMAN
BEVERLY L. HAMILTON
ROBERT J. MALONE,
F. WILLIAM MARSHALL, JR. and
OPPENHEIMERFUNDS DISTRIBUTOR, INC.,

      Defendants.

---

**NOTICE OF ASSOCIATED CASES**

---

     Julian Ferguson ("Plaintiff"), pursuant to D.C.Colo.L.Civ. R 7.5, notifies this Court that

the above-captioned action is associated with the following cases:

          09-cv-929-WDM-KMT
          09-cv-386-JLK-KMT
          09-cv-525-JLK-KMT
          09-cv-550-JLK-KMT
          09-cv-703-JLK-KMT

09-cv-706-JLK-KMT
09-cv-834-JLK-KMT

The cases involve some overlapping parties and counsel but involve separate mutual funds that are managed by the same entity, OppenheimerFunds, Inc. and distributed by OppenheimerFunds Distributor, Inc.  Although the operative facts are different and the funds are distinct, among other important differences, in an abundance of caution and in order to comply with D.C. Colo.L.Civ.R. 7.5 and Judge John L. Kane's memorandum dated April 14, 2009, Plaintiff identifies the cases as related.  In pertinent part, Judge Kane's memorandum to the counsel of record in the above actions stated that "[s]hould any further cases, generically described as Oppenheimer Litigation be filed in this district or transferred from another district, they will be assigned separately to me and Magistrate Judge Tafoya." *See* Ex. A (Judge Kane's Memorandum).  Plaintiff does not by this selection represent that the actions are related for any other purpose.

Dated:  May 22, 2009

Respectfully submitted,

SHERMAN & HOWARD L.L.C.

By:   s/  *Peter G. Koclanes*
       Gordon W. Netzorg (gnetzorg@shermanhoward.com)
       Peter G. Koclanes (pkoclanes@shermanhoward.com)
       633 17th Street, Suite 3000
       Denver, Colorado 80202
       Telephone: (303) 297-2700
       Facsimile: (303) 298-0940

       and

GIRARD GIBBS LLP

Daniel C. Girard (dcg@girardgibbs.com)
Jonathan K. Levine* (jkl@girardgibbs.com)
Aaron M. Shenin* (ams@girardgibbs.com)
Regina A. Sandler* (ras@girardgibbs.com)
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone : (415) 981-4800
Facsimile : (415) 981-4846

ATTORNEYS FOR INDIVIDUAL AND
REPRESENTATIVE PLAINTIFF JULIAN FERGUSON

* Not yet admitted in the District of Colorado.

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19ᵀᴴ STREET
DENVER, COLORADO  80294
(303) 844-6118
John_L_Kane@cod.uscourts.gov

**JOHN L. KANE**
SENIOR JUDGE

# M E M O R A N D U M

**TO:**       Counsel of Record in:   09-cv-386-JLK-KMT
                                      09-cv-525-JLK-KMT
                                      09-cv-550-JLK-KMT
                                      09-cv-703-JLK-KMT
                                      09-cv-706-JLK-KMT
                                      09-cv-834-JLK-KMT

**FROM:**    Judge John L. Kane

**DATE:**    April 14, 2009

**RE:**       Notice in Related Matters

These cases have been reassigned to one judge and one magistrate judge to avoid needless separate orders and schedules.  Counsel should not assume that any decisions have been made to consolidate or transfer any or all of these cases. In 09-cv-386-JLK-KMT, a motion has been filed with the MDL panel.  It is possible that similar motions may be filed in one or more of the other described cases.  Moreover, the MDL Panel's decision(s) may affect the other cases.

I am advised that the MDL Panel may consider this litigation in May, 2009.  Because this decision will affect some or all of these pending matters (as well as cases pending in California and New York), the parties should feel free to file whatever motions they wish, but I am inclined to abate ruling on such

until the Multidistrict Litigation Panel has the opportunity to rule on the motion(s) pending before it.

Should any further cases, generically described as Oppenheimer Litigation be filed in this district or transferred from another district, they will be assigned separately to me and Magistrate Judge Tafoya. For advisement purposes only, I am sending copies of this Notice to the Judges whom I am advised by Defendants' counsel in 90-cv-550-JLK-KMT have Oppenheimer litigation pending before them viz.,

1.    09-cv-567-SI (N.D. Cal.) Hon. Susan Illston

2.    09-cv-1184-SI (N.D. Cal.) Hon. Susan Illston

3.    09-cv-1243-SI (N.D. Cal.) Hon. Susan Illston

4.    09-cv-1414-VRW(N.D. Cal.) Hon. Vaughn R. Walker

5.    09-cv-2433-MGC (S.D.N.Y.) Hon. Miriam Cedarbaum

6.    09-cv-0807-RJD-RML (E.D.N.Y.) Hon. C.J. Raymond Dearie

7.    09-cv-866-CBA-JO (E.D.N.Y.) Hon. Carol Amon

8.    09-cv-1296-SJ-RLM (E.D.N.Y.) Hon. Sterling Johnson, Jr.

9.    09-cv-1305-RRM-VVP (E.D.N.Y.) Hon. Roslynn R. Mauskopf