**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

---------------------------------------- X
Civil Action No. 09-cv-01186-JLK          :

JULIAN FERGUSON, Individually and On      :
Behalf of All Others Similarly Situated,
                                          :
    Plaintiff,
v.                                        :

OPPENHEIMERFUNDS, INC.,                   :
OPPENHEIMER INTEGRITY FUNDS,
OPPENHEIMER CORE BOND FUND,               :
WILLIAM L. ARMSTRONG,
JOHN V. MURPHY,                           :
BRIAN W. WIXTED,
ROBERT G. AVIS,                           :
GEORGE C. BOWEN,
EDWARD L. CAMERON,                        :
JON S. FOSSEL,
SAM FREEDMAN,                             :
BEVERLY L. HAMILTON,
ROBERT J. MALONE,                         :
F. WILLIAM MARSHALL, JR., and
OPPENHEIMERFUNDS DISTRIBUTOR, INC.,       :

    Defendants.                          :
---------------------------------------- X

### MOTION OF DR. C. PHILLIP PATTISON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

    PLEASE TAKE NOTICE THAT Dr. C. Phillip Pattison ("Dr. Pattison" or "Movant") respectfully moves this Court, pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.SC. § 77z-1(a)(3)(B), for entry of an Order: (i) appointing Movant as Lead

1

Plaintiff on behalf of himself and all others similarly situated who purchased Class A, Class B, Class C, Class N, and Class Y shares of Oppenheimer Core Bond Fund ("Core Bond Fund" or the "Fund") pursuant to the Fund's offerings on April 27, 2007 and April 29, 2008 (the "Offerings"); and (ii) appointing the law firms of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") to serve as Lead Counsel and Charles Lilley & Associates P.C. (the "Lilley Firm") to serve as Liaison Counsel.[1]

This motion is supported by the accompanying Memorandum of Law, the Declaration of Karen Cody-Hopkins and the exhibits annexed thereto, all of the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (1) appoint Movant as Lead Plaintiff pursuant to Section 27(a)(3)(B) of the Securities Act; (2) appoint Cohen Milstein as Lead Counsel and the Lilley Firm as Liaison Counsel for the class; and (3) grant such other and further relief as the Court may deem just and proper.

---

[1] **Pursuant to D.C. Colo. L.Civ.R. 7.1A**, Counsel for Movant conferred with counsel for Plaintiff Ferguson who indicated he opposes this Motion. Counsel conferred with counsel for Defendants Oppenheimer Core Bond Fund and Armstong, Avis, Bowen, Cameron, Fossel, Freedman, Hamilton, Malone, and Marshall who take no position and reserve their rights to respond. Counsel attempted to contact the other Oppenheimer Defendants' counsel but did so with limited time and thus has not yet had a reply on these Defendants' position(s); Movant's Counsel will file a supplemental notice to the Court as to their position. Movant's counsel believes that it is not reasonably feasible to meet and confer with other potential movants, because, pursuant to the PSLRA, investors who are not currently parties to any of the Related Actions may seek appointment through counsel of their choice who are not yet known.

Dated:  June 22, 2009

**CHARLES LILLEY & ASSOCIATES P.C.**

    /s/    Charles W. Lilley    
    /s/    Karen Cody Hopkins    
Charles W. Lilley
Karen Cody-Hopkins
1600 Stout Street
11th Floor
Denver, CO  80202
T:  (303) 293-9800
F:  (303) 298-8975
E: clilley@lilleylaw.com,
kjch@lilleylaw.com

*Liaison Counsel for Dr. C. Phillip Pattison and Proposed Liaison Counsel for the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Daniel S. Sommers
S. Douglas Bunch
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C.  20006-3964
T:  (202) 408-4600
F:  (202) 408-4699

*Counsel for Dr. C. Phillip Pattison and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 22, 2009 true and correct copies of the foregoing MOTION OF DR. C. PHILLIP PATTISON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL WITH MEMORANDUM OF LAW, DECLARATION OF KAREN CODY-HOPKINS, EXHIBITS A – D with Certificate of Service were filed with the Clerk of Court using this District's CM/ECF system and thus served by ECF on all those who had entered an appearance.

**Mailing Information for a Case 1:09-cv-01186-JLK**

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephanie Erin Dunn**
  sdunn@perkinscoie.com,docketden@perkinscoie.com,sdunn-efile@perkinscoie.com
- **Peter George Koclanes**
  pkoclanes@shermanhoward.com,cgreen@shermanhoward.com,efiling@sah.com,fnejeidi@shermanhoward.com
- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,amv@girardgibbs.com
- **Robert Nolen Miller**
  rmiller@perkinscoie.com,docketden@perkinscoie.com,rmiller-efile@perkinscoie.com
- **Peter G. Rush**
  peter.rush@klgates.com,melissa.neubeck@klgates.com
- **Regina Ames Sandler**
  ras@girardgibbs.com,amv@girardgibbs.com

Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

Dated: June 22, 2009            **CHARLES LILLEY & ASSOCIATES P.C.**
                                 /s/   Charles W. Lilley
                                 /s/   Karen Cody Hopkins
                                Charles W. Lilley
                                Karen Cody-Hopkins
                                1600 Stout Street
                                11th Floor
                                Denver, CO  80202
                                T:  (303) 293-9800
                                F:  (303) 298-8975
                                E: clilley@lilleylaw.com, kjch@lilleylaw.com

                                *Liaison Counsel for Dr. C. Phillip Pattison and Proposed Liaison Counsel for the Class*