**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 09-cv-01186-JLK-KMT**

JULIAN FERGUSON, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

  v.

OPPENHEIMERFUNDS, INC.;
OPPENHEIMER INTEGRITY FUNDS;
OPPENHEIMER CORE BOND FUND;
WILLIAM L. ARMSTRONG;
JOHN V. MURPHY;
BRIAN W. WIXTED;
ROBERT G. AVIS;
GEORGE C. BOWEN;
EDWARD L. CAMERON;
JON S. FOSSEL;
SAM FREEDMAN;
BEVERLY L. HAMILTON;
ROBERT J. MALONE;
F. WILLIAM MARSHALL, JR.; and
OPPENHEIMERFUNDS DISTRIBUTOR, INC.

    Defendants.

**PROPOSED ORDER GRANTING THE FERGUSON GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF LEAD AND LIAISON COUNSEL AND APPOINTMENT OF INTERIM CLASS COUNSEL**

Having considered the Ferguson Group's Motion for Appointment As Lead Plaintiff, Approval of Lead and Liaison Counsel and Appointment of Interim Class Counsel, and all papers in support thereof, and good cause appearing therefore:

1. The Ferguson Group is appointed Lead Plaintiff for the Class pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(b) of the Private Securities Litigation Reform Act of 1995;

2. Girard Gibbs LLP is appointed as Lead Counsel for Lead Plaintiff and the Class and Sherman & Howard LLC is appointed as Liaison Counsel for Lead Plaintiff and the Class; and

3. Girard Gibbs LLP is appointed Interim Class Counsel under Federal Rule of Civil Procedure 23(g) for claims that do not arise under the PSLRA.

IT IS SO ORDERED.

DATED: _____, 2009        _____
                                  JOHN L. KANE, SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I Jonathan K. Levine hereby certify that on June 22, 2009, I electronically filed a true and correct copy of the foregoing **PROPOSED ORDER GRANTING THE FERGUSON GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF LEAD AND LIAISON COUNSEL AND APPOINTMENT OF INTERIM CLASS COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Gordon W. Netzorg<br>Peter G. Koclanes<br>**Sherman & Howard, LLC**<br>633 17th Street, Suite 3000<br>Denver, CO  80202<br>gnetzorg@shermanhoward.com<br>pkoclanes@shermanhoward.com | Stephanie E. Dunn<br>**Perkins Coie LLP**<br>1899 Wynkoop Street, Suite 700<br>Denver, Colorado  20202<br>sdunn@perkinscoie.com |
| Separately emailed to Magistrate Judge Kathleen M. Tafoya<br>Tafoya_Chambers@cod.uscourts.gov | Peter G. Rush<br>**K&L Gates LLP-Chicago**<br>70 West Madison Street , #3100<br>Chicago , IL 60602-4207<br>312-372-1121<br>Fax: 312-827-8005<br>Email: peter.rush@klgates.com |

In addition, I hereby certify that I caused courtesy copies of the foregoing to be served upon the following parties by electronic mail on June 22, 2009.

| | |
|---|---|
| Steven J. Toll<br>Daniel S. Sommers<br>S. Douglas Bunch<br>**Cohen Milstein Sellers & Toll PLLC**<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20006<br>stoll@cohenmilstein.com<br>dsommers@cohenmilstein.com | William K. Dodds<br>**Dechert LLP**<br>1095 Avenue of the Americas<br>New York, New York  10036<br>William.dodds@dechert.com |

| | |
|---|---|
| Robert Bruce Carey<br>**The Carey Law Firm**<br>2301 East Pikes Peak Avenue<br>Colorado Springs, CO  80909<br>rcarey@careylaw.com | Jeffrey Allen Berens<br>**Dyer & Berens, LLP**<br>682 Grant Street<br>Denver, CO  80203<br>jeff@dyerberens.com |
| Kip B. Shuman<br>Rustey E. Glenn<br>**Shuman Law Firm**<br>885 Arapahoe Avenue<br>Boulder, Colorado  80302<br>kip@shumanlawfirm.com<br>rusty@shumanlawfirm.com | Dale R. Harris<br>**Davis Graham & Stubbs, LLP – Denver**<br>1550 17th Street, #500<br>Denver, Coloardo  20202<br>Dale.harris@dgslaw.com |
| Christopher J. Keller<br>**Labaton Sucharow LLP**<br>140 Broadway, 23rd Floor<br>New York, New York  10005<br>ckeller@labaton.com | Timothy Beyer<br>Michael Byrne<br>**Brownstein Hyatt Farber Schieck, LLP**<br>410 17th Street, #2200<br>Denver, Colorado  20202<br>tbeyer@bhfs.com<br>mbyrne@bhfs.com |
| Andrei Rado<br>**Milberg, LLP**<br>One Pennsylvania Plaza, 49th Floor<br>New York, New York  10119<br>arado@milberg.com | Jeffrey S. Abraham<br>**Abraham & Paskowtiz**<br>One Penn Plaza #1910<br>New York, New York  10119<br>jabraham@aftlaw.com |
| Kirk Douglas Tresemer<br>Darren A. Natvig<br>**Irwin & Boesen, P.C.**<br>4100 E. Mississippi Avenue, 19th Floor<br>Denver, Colorado  80246<br>ktresemer@irwin-boesen.com<br>dnatvig@irwin-boesen.com | Charles Walter Lilley<br>Karen Jean Cody-Hopkins<br>**Charles Lilley & Associates, P.C.**<br>1600 Stout Street, #1100<br>Denver, Colorado  80202<br>clilley@lilleylaw.com<br>kjch@lilleylaw.com |
| Reed R. Kathrein<br>**Hagens Berman Sobol Shapiro, LLP – Berkeley**<br>715 Hearst Avenue, #202<br>Berkeley, California  94710<br>reed@hbsslaw.com | |