IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-1186-JLK-KMT**

**JULIAN FERGUSON, Individually and on Behalf of all Others Similarly Situated**,

          Plaintiff,

v.

**OPPENHEIMERFUNDS, INC., et al.**,

          Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The *Motion to Transfer Venue* filed by Defendants OppenheimerFunds, Inc. (OFI), Oppenheimer Funds Distributor, Inc. (OFDI), Murphy, and Wixted (Doc. 6) is **DENIED** without the need for further briefing. While these cases are not part of the Rochester Fund MDL, the overlapping defendants and concomitant efficiencies that will result from keeping them here outweigh the grounds asserted by the moving Defendants for transferring them to the Southern District of New York.

Dated:  June 24, 2009