**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

------------------------------------- X

Civil Action No. 09-cv-01186-JLK            :

JULIAN FERGUSON, Individually and On    :
Behalf of All Others Similarly Situated,

                                                :

    Plaintiff,

v.                                                                          :

OPPENHEIMERFUNDS, INC.,                      :
OPPENHEIMER INTEGRITY FUNDS,
OPPENHEIMER CORE BOND FUND,        :
WILLIAM L. ARMSTRONG,
JOHN V. MURPHY,                                      :
BRIAN W. WIXTED,
ROBERT G. AVIS,                                        :
GEORGE C. BOWEN,
EDWARD L. CAMERON,                              :
JON S. FOSSEL,
SAM FREEDMAN,                                        :
BEVERLY L. HAMILTON,
ROBERT J. MALONE,                                   :
F. WILLIAM MARSHALL, JR., and
OPPENHEIMERFUNDS DISTRIBUTOR, INC.,  :

    Defendants.                                        :

------------------------------------- X

**[PROPOSED] ORDER GRANTING STAY AND EXTENSION OF TIME TO FILE
OPPOSITIONS TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPOINTMENT OF LEAD COUNSEL**

Kane, J.

    Movants' Unopposed Motion To Extend The Time To File Opposition And Reply Memoranda In Response To Motions For Appointment Of Lead Plaintiff And Lead Counsel And Request For Expedited Ruling (doc. #40), filed July 10, 2009, is **GRANTED**. The time for

filing opposition and reply memoranda in response to motions for appointment of lead plaintiff and lead counsel is extended until July 27, 2009, for opposition memoranda, and August 11, 2009, for reply memoranda.

                                  BY THE COURT:

Dated: July 10, 2009                      *s/John L. Kane*
                                        SENIOR U.S. DISTRICT JUDGE