**Exhibit A**

## CERTIFICATION

I, Dr. C. Phillip Pattison, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification. I have reviewed a complaint filed against Oppenheimer Core Bond Fund ("Core Bond Fund") alleging violations of the federal securities laws;

2. I did not purchase securities of the Core Bond Fund at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. I am willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4. I have transactions in the securities of the Core Bond Fund during the class period as reflected in Exhibit A hereto;

5. I have not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years, except for the following:

6. Beyond my pro rata share of any recovery, I will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: 8/7/9

CP Pattison MD
Dr. C. Phillip Pattison

## EXHIBIT A

### TRANSACTIONS IN OPPENHEIMER CORE BOND FUND

| Transaction | Trade Date | Number of Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 6/18/07 | 88,576.299 | $10.02 | $887,534.52 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |