**Exhibit B**

**Loss Analysis - Dr. C. Phillip Pattison**

Oppenheimer Core Bond Fund

| Transaction | Trade Date | Amount | Price per share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 06/18/07 | 88,576.299 | $10.02 | ($887,534.52) |
| **Class period purchases:** | | **88,576.30** | | **($887,534.52)** |
| *Retained purchases:* | | *88,576.30* | $ 5.41 | *$479,197.78* |
| | | **FIFO/LIFO Gain/(Loss):** | | **($408,336.74)** |

**Four Factors Analysis**

| Total # shares bought | Total # shares sold | # net shares bought | Total funds paid (purchases) | Total funds rec'vd (sales) | Net expenditures (Cost - Proceeds) | LOSS |
|---|---|---|---|---|---|---|
| 88,576.30 | 0.00 | 88,576.30 | ($887,534.52) | $0.00 | ($887,534.52) | ($408,336.74) |