IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-1186-JLK-KMT**

**JULIAN FERGUSON, individually and on behalf of all others similarly situated**,

      Plaintiff,

v.

**OPPENHEIMERFUNDS, INC., et al.,**

      Defendants.

AMENDED ORDER APPOINTING PATTISON LEAD PLAINTIFF AND
APPROVING PATTISON'S SELECTION OF LEAD AND LIAISON CLASS COUNSEL

Kane, J.

Having considered the Motion of Dr. C. Phillip Pattison for appointment as Lead Plaintiff and for approval of his selection of counsel, and given alternatemovant Julian Ferguson's concession that Dr. Pattison is the "most adequate" plaintiff representative within the meaning of the PSLRA and Mr. Ferguson's concomitant non-opposition to Dr. Pattison's Motion:

    1.  The Motion (Doc. 56) is GRANTED;

    2.  Dr. Pattison is APPOINTED Lead Plaintiff for the Class pursuant to 15 U.S.C. § 77z-1(a)(3)(B);

    3.  Dr. Pattison's selection of the law firm of Labaton Sucharow LLP as Lead Counsel and The Shuman Law Firm as Liaison Counsel for the Lead Plaintiff and the Class is APPROVED.

    4. The related and superseded Motions for Appointment of Lead Counsel (Docs. 14, 19 and 58) are DENIED as MOOT.

Dated:  September 29, 2009                      **s/John L. Kane**  
                                                        SENIOR U.S. DISTRICT JUDGE