IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-386-JLK-KMT** (consolidated with **09-cv-525-JLK-KMT**)

In re Oppenheimer **Champion Fund** Securities Fraud Class Actions

*This document relates to BOTH actions.*

_____
Civil Action No. **09-cv-1186-JLK-KMT**

**JULIAN FERGUSON, individually and on behalf of all others similarly situated**,

        Plaintiff,

v.

**OPPENHEIMERFUNDS, INC., et al.,**

        Defendants.

_____

## MINUTE ORDER
_____

Hon. John L. Kane ORDERS

      In light of the representation in the Joint Status Report filed earlier today that mediation failed to produce a settlement in these cases, the stay entered on May 17, 2010 is LIFTED and the matters will proceed on the pending Motions to Dismiss (Docs. 87 & 88 in the *Champion Fund* cases and Docs. 78 & 79 in *Ferguson*).

_____
Dated: July 22, 2010.