# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:  September 30, 2011          Deputy Clerk: Bernique Abiakam
                                   Court Reporter: Tracy Weir

Civil Action No.: 09-cv-01186-JLK

IN RE: OPPENHEIMER CORE BOND FUND

<u>Counsel for Interest Parties</u>
    Jonathan M. Plasse
    Nicole M. Zeiss
    Kip B. Shuman
    Sean R. Matt
    Rusty E. Glenn

<u>Counsel for Defendants</u>
    William K. Dodds
    Peter G. Rush
    Stephanie E. Dunn
    Matthew L. Larrabee

## COURTROOM MINUTES

*[Heard simultaneously with Case No. 09-cv-00386-JLK-KMT (consolidated with 09-cv-00525-JLK-KMT)]*

**Motions Hearing**

**1:36 p.m.     Court in session.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

1:38 p.m.     Statement by Mr. Plasse.  Questions by the Court.

1:51 p.m.     Statement by Mr. Larrabee.

1:56 p.m.     Further statements by Mr. Plasse.

*09-cv-01186-JLK-KMT*
*Motions Hearing*
*September 30, 2011*

Comments by the Court.

2:13 p.m.     Statement by Mr. Matt.

**ORDERED:   Motion For Final Approval Of Proposed Class Settlement, Approval Of Distribution Plan, And Award Of Attorneys' Fees And Expenses (Filed 7/29/11; Doc. No. 101) is GRANTED.**

**2:26 p.m.     Court in recess.**
Hearing concluded.
Time in court - 00:25 *(divided time)*